BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:         guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Civil No.  1:11-CV-00561 OWW DLB |
| Plaintiff, | ) | |
| | ) | **ORDER CONTINUING SCHEDULING** |
| v. | ) | **CONFERENCE** |
| | ) | |
| RAY CLINGENPEEL; | ) | |
| SHIRLEY A. CLINGENPEEL; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff United States of America requests a continuance of the scheduling conference set for July 22, 2011, at 8:15 a.m. in Courtroom 3.  The Clingenpeels, representing themselves, do not oppose this request to continue.   Upon good cause shown,

**IT IS ORDERED THAT**

The scheduling conference is continued to October 14, 2011, at 8:15 a.m. in Courtroom 3.  The parties will file a joint scheduling conference statement one week before the conference.

IT IS SO ORDERED.

Dated:   July 8, 2011                               /s/ Oliver W. Wanger
                                                                UNITED STATES DISTRICT JUDGE